MARY L. ROBINSON *vs.* JAMES B. ROBINSON.

Bristol. October 28, 1880. AMES & ENDICOTT, JJ., absent.

If the record, on which an appeal is taken from a decree of a justice of this court, affirming a decree of the Probate Court, states a fact essential to the jurisdiction of the Probate Court, the appellant cannot contend in this court that the fact is otherwise, and move to dismiss the proceeding in the Probate Court.

APPEAL by James B. Robinson from a decree of the Probate Court, assigning dower to Mary L. Robinson in lands of her husband, Francis Robinson. The petition of Mary L. Robinson alleged " that her right is not disputed ·by the heirs ; and that the names and residences of all persons now interested therein are as follows : James B. Robinson, Attleborough. Richard Robinson, Attleborough."

The decree of the Probate Court contained this recital: " All parties interested having been duly notified and heard thereon, and it appearing that said Francis Robinson died seised of land in this State; that said Mary L. Robinson is his widow, and is deprived of the provision made for her by the will of her husband in lieu of dower, and entitled to dower therein ; that her right thereto is not disputed by the heirs at law, and that the estate of said deceased is settled in this court."

From that decree James B. Robinson appealed to this court. *Morton,* J. affirmed the decree ; and the appellant appealed to the full court, and now moved to dismiss the petition, because the right of dower was disputed by the heirs, and therefore the Probate Court had no jurisdiction.

*J. Daggett,* for the appellant, cited Gen. Sts. *c.* 90, § 3 ; *Henry's case,* 4 Cush. 257 ; *Woodward* v. *Lincoln,* 9 Allen, 239 ; *Mercier* v. *Chace,* 9 Allen, 242.

*E. M. Reed & G. A. Adams,* for the appellee, were not called upon.

BY THE COURT. The petition and the decree of the Probate Court set forth that the petitioner's right of dower is not disputed by the heirs ; and there is nothing in the record before us to show that it was disputed, or even that the appellant is an heir at law.    *Motion overruled, and decree affirmed.*